**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| ESHAK MAMDOUH TAKI GHALY,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | No. 2:26-cv-02801-SHL-cgc |

**ORDER FOR RESPONDENT TO FILE A SECOND STATUS REPORT CONFIRMING PETITIONER'S RELEASE**

On July 2, 2026, Petitioner Eshak Mamdouh Taki Ghaly filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.2, challenging his immigration-related detention. (ECF No. 1.) On July 21, 2026, his Petition was granted, and Respondent was ordered to immediately transfer Petitioner back to the Western District of Tennessee, release him, and file a status report confirming his release. (ECF No. 11.) On July 27, Respondent filed a status report stating that Petitioner was "scheduled to arrive back in West Tennessee on Thursday, July 30, 2026 and will be released immediately thereupon." (ECF No. 12 at PageID 49.) However, Respondent never filed a status report confirming Petitioner's transfer and release after July 30.

Thus, Respondent is **ORDERED** to file a second status report confirming Petitioner's transfer back to this District and release **WITHIN TWO DAYS** of the entry of this Order.

**IT IS SO ORDERED,** this 23rd day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE